

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York  11722-4454*

April 20, 2011

BY FEDEX & ECF

Glenn A. Obedin
Law Offices of Glenn A. Obedin
320 Carleton Avenue
Suite 4200
Central Islip, NY 11722

Jason Bassett
Bassett & Bassett
320 Carleton Avenue
Suite 4200
Central Islip, NY 11722

        Re:  U.S. v. Spagnoli, et al.
            Criminal Docket No. 10 CR 573 (LDW)

Dear Counsel:

    Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-captioned case.  The government will provide additional discovery in the near future.  The government requests reciprocal discovery.

    Please find enclosed the following materials:

    1- CD of Search Warrant Photos dated 6/23/10
    1- CD labeled General Pictures
    1- CD of Pen Records
    1- CD of Phone Records
    1- CD of Audio Files

2

      If you have any questions, please do not hesitate to contact me.

                                        Very truly yours,

                                        LORETTA E. LYNCH
                                        United States Attorney

                           By:  /s/William P. Campos
                                        William P. Campos
                                        Assistant U.S. Attorney
                                        (718)254-6104

(Enclosure by Fed-Ex only)